IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**STEPHANIE MILLER,**<br><br>　　　　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING TERMINATION OF SUPERVISED RELEASE**<br><br>Case No. 2:13CR811DAK<br><br>Judge Dale A. Kimball |

　　　　Defendant, Stephanie Miller, has filed a motion for early termination of supervised release. The District of Wyoming transferred jurisdiction over Defendant's term of supervised release to this District on December 12, 2013. Defendant was sentenced to a sixty-month term of supervised release running from June 6, 2011, to June 5, 2016. Therefore, Defendant has served approximately four years of her five-year term.

　　　　Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any

policy statements issued by the Sentencing Commission, and the need for the sentence imposed to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services.  *See* 18 U.S.C. § 3553(a).

Defendant's motion for early termination of supervised release is supported by her probation officer.  Defendant has met all the conditions of her supervised release.  Her probation officer states that she has required minimal supervision and could have had her supervised release terminated several months ago.  Defendant has taken several steps to change her past behavior.  She has steady employment and is in a stable relationship.  Based on Defendant's conduct, the court finds that an early termination of supervised release is warranted.

Accordingly, the court grants Defendant's motion for early termination of supervised release.

DATED this 13th day of May, 2015.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge